Name _Dwyane M. Wright_
Street Address _5425 Yvonne way_
City and County _Sacramento County_
State and Zip Code _California 95823_
Telephone Number _916·585·2304_

**FILED**

FEB 27 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

_Dwyane   M.   Wright_
_____
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

_Officer Shan_
_Probation officer 9245_
_Laguna spring Dr. Suit #210_

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _2: 25-CV-0689 TLN CKD PS_
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☑ No
              *(check one)*

I.   **The Parties to This Complaint**

A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Dwyane M. Wright
Street Address  5425 Yvonne Way
City and County  Sacramento County
State and Zip Code  California 95823
Telephone Number  916.585.2304

B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name  Parole Officer Shan
Job or Title  Fedral Supervisor
(if known)
Street Address  501 I Street
City and County  Sacramento County
State and Zip Code  California 95814
Telephone Number  916.930.4000

Defendant No. 2
Name  _____
Job or Title  _____
(if known)
Street Address  _____
City and County  _____
State and Zip Code  _____
Telephone Number  _____

2

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II.   Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☑ Federal question                   ☐ Diversity of citizenship

3

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Dwyane m. Wright, is a citizen of the State of *(name)* California.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* Shan, is a citizen of the State of *(name)* USA. *Or* is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* __Officer   Shan__ , is
incorporated under the laws of the State of *(name)*
__California__ , and has its principal place of
business in the State of *(name)* __California__ . *Or is*
incorporated under the laws of *(foreign nation)*
_____ , and has its principal place of
business in *(name)* __Elk Grove California__ .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

__Resort   too   page   1,2,3,   of   the__
__Complaint.__

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

__Harrasment,   Intrapment,   &__
__In Afective   Assistance   of   Counsel.__

5

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_Im asking the Amount af 1,000,000_

_Or Settlment over Capital_

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__ .

Signature of Plaintiff _____Dwyane M.Wright_____

Printed Name of Plaintiff _____Dwyahe Wright_____

6

DWYANE WRIGHT

5425 YVONNE WAY

SACRAMENTO, CA 95823

(916)585-2304

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DWYANE WRIGHT

        Plaintiff,

v.

Elk grove federal parole office, Michael D
Long, Shaheen Shan,And officer Mariam

        Defendant.

No. 2: 25-CV-689  TLN CKD PS

**COMPLAINT FOR DAMAGES**

1. **Ineffective Assistance Of Counsel**
2. **Entrapment**
3. **Humiliation**
4. **Harassment**
5. **Cruel And Unusual Punishment While Working For United States Government.**

### I.    Elk grove federal parole office

Complaint against elk grove federal parole office,on feb 22 2022 I was released from prison and knew I had a problem awaiting me. I was summoned to the parole office at 9245 lagunas spring dr. #210 Elk Grove California , apon my arrival I was notified by officer Mariam that a urine sample was needed.  I dropped a dirty and was put in a program for my misconduct. I was not taken into custody nor did I never agreed to stop smoking Marijuana,I continued using because it releaved my pains ,this go on for 2 years and 3 months before my new parole officer Shane say anything to me  about it. At this time I now interstand that im under special conditions called vicclea law.3959 violence sentence. Asking for 1,000,000 with amnesty.

1

**Michael long**

Attorney Michael Long of the federal public defenders office ineffective assistance of counciled me . On September 24th I didn't know if I was going to be locked up or what until I got too the federal court building the first thing I was told was to watch words or else I could end up in jail?? I took the statement more as a threat than a warning or advise. On July 11th the probation department filed a violation petition on me set for July 15th because officer Shane had not prepared her argument on the 11th of July 2024   (brady material!!).

Michael also admitted to the court that on page 2 line 25 that he apologized for not adding exhibits G to the docket to be argued??? On line 10 page 2 the court asked Mr. Long (do you acknowledge that there is a mandatory 8 year term of supervision release here? Mr. Long then stated  yes. I was educated so after I filed the motion on Mr. Wrights behalf. Farther more Mr Long refused to argue my second motion on page 3 line 17. (at this point it just don't make any since to be filing anything if you don't know what to file.)  Notice Mr Long stated on  page 4 lines 18 through 25that sadly I filed so many things that he forgot to file Brady material in my case this is exhibit H .On page 5 Mr Long admits to two bumbles. To say the lease I was not heard on my religious point of view.I specifically asked that my case be addressed in the direction of my religious beliefs. Michael Long  thought as stated on page 6 line 24 It would be difficult to have the court allow all Christians across the united states to use marijuana . At this point of the hearing ,Mr. Long opinion should not matter BECAUSE HE WAS JUST EDUCATED! Mentioning the  fact that on 9/15/2024 court date , I observed parole officer Shan walked up to public defender Michael long and told him what special condition ment in her own terminology I watched as Shan orchestrated the court room before the judge entered . On page 8 line 9 the court asked officer Shan (have prior probation officers in our probation office determined not to proceed with violation proceedings based on the kind of conduct  before the court now?)Officer Shan then states to the court (well your honor at the time I wrote the memorandum, I did reach out to all his prior officers.  The court said, In our office? And officer Shan said in our office).On line 18 page 8 Shan states yes but none of them gave him permission to utilize marijuana nor

2

have a cannabis card. That's not true because officer Mariam told me after my first dirty urine sample ,I must have a cannabis card in order to smoke legally. On September 8th of 2022 there was a violation report but was not filed WHY NOT? I had clearly broke the law in according to federal guide lines. This is corruption inside of a federal business, A form of entrapment . Mariam my first parole officer introduced me to officer Shan as my new parole officer around feb. 2024 From this point my life turned into a living nightmare, I had to travel back and fourth to the federal court building suffering from neuropathy while I was in pain, people stair at me laughing, embarrassed over time I had to come visit the judge. Officer Shan visit my residents one day and I had to ask her to leave because she was yelling in my sister's home. almost got me evicted. Shan was treating as a prisoner while I was a free man. Normally when officers do monthly visits he or she will come to my house for one on one visits, I don't know why extra officers was necessary but I took this as a form of harassment/intimidation. These actions cause conflict in my residents every time she would visit. On December 22nd my birthday ,officer Mariam along with my new parole officer called me after a pop up visit I was not home ,I went to the store for a soda and snacks but told them I could be seen at Vally Hi street. They came and looked in my bag to see what I had bought from the store. Ruined my birthday because when I got home my family complained about being harassed by officer Mariam. She started accusing me of owning a car that belong to my niece .WHY? 2,000,000 is what Im asking for with amnesty.

## CLOSING STATEMENT

When Dwyane wright has done something wrong in the eyes of the law I've paid the price with the most valuable assets witch is TIME. I don't wish anyone to have too serve time but I would like compensation in capital of a settlement.

3