1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DWYANE M. WRIGHT,                    No. 2:25-cv-00689-TLN-CKD (PS)

12              Plaintiff,                 ORDER

13         v.

14    SHAN, et al.,

15              Defendants.

16

17         Presently before the Court is plaintiff Dwyane Wright's motion for a refund and a hearing

18    (ECF No. 11), and his motion for an extension of time to serve defendants (ECF No. 12).[1]

19    Plaintiff indicates he paid the filing fees "with the understanding that [he] would get a hearing

20    from the courts on [his] cases," and requests a refund. (ECF No. 11.) The Court will not grant a

21    refund as to plaintiff's filing fees. A filing fee is required to commence a civil action in this

22    district court. In addition, a review of the docket indicates that defendants in this action have not

23    been served with plaintiff's First Amended Complaint, and there is nothing for the Court to hold a

24    hearing about until defendants are served. Further, there is no other motion or request pending for

25    which a hearing is requested. Because there is nothing before the Court that requires a hearing, a

26

27

28    [1]  Because plaintiff proceeds without counsel, this action is referred to the undersigned by Local
       Rule 302(c)(21) pursuant to 28 U.S.C. § 636.

1

1   hearing will not be set at this time. For the reasons stated above, plaintiff's motion for refund and

2   a hearing (ECF No. 11) is DENIED.

3          Plaintiff also requests an extension of time to serve defendants. (ECF No. 12.) Plaintiff

4   seeks an extension because he is filing four cases at the same time while legally blind. (Id.)

5   Plaintiff's request for an extension of time is GRANTED and plaintiff shall have until September

6   5, 2025, to complete service and file proof of service.

7          For the reasons set forth above, IT IS ORDERED that:

8          1.   Plaintiff's request for a refund and hearing (ECF No. 11) is DENIED; and

9          2.   Plaintiff's request for an extension of time to serve defendants (ECF No. 12) is

10              GRANTED. Plaintiff shall have until September 5, 2025 to serve defendants and file

11              proof of service.

12  Dated:  August 5, 2025

13                                              _____

14                                              CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

15

16

17

18  5, wrig.0689.25

19

20

21

22

23

24

25

26

27

28

2